IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TEMEG HOLDINGS, INC., | ) | |
| | ) | CASE NO. 5:26-cv-00018 |
| *Plaintiff*, | ) | |
| | ) | CHIEF JUDGE SARA LIOI |
| v. | ) | |
| | ) | MAGISTRATE JUDGE CARMEN E. |
| GEM SPECIALTY HEALTH, INC., | ) | HENDERSON |
| | ) | |
| *Defendant.* | ) | |

**SECOND JOINT STATUS REPORT**

Pursuant to the Case Management Plan ("CMP," Doc. No. 14), the parties submit this Second Joint Status Report.

**I.     DISCOVERY**

The parties have exchanged written discovery requests including interrogatories, document requests and requests for admission.

**II.     SETTLEMENT DISCUSSIONS**

No settlement discussions have occurred since the CMP was issued. However, the parties are discussing mediation and are reviewing mediators and a date to conduct the mediation.

**III.     MOTIONS**

No motions were filed, or remain pending, since the CMP was issued.

**IV.     ANTICIPATED DEVIATIONS FROM CASE SCHEDULE**

The parties are not aware of any developments that might give rise to a request to deviate from the schedule outlined in the CMP.

The parties will submit their next status report on or before July 27, 2026.

1

Dated: June 11, 2026

*s/John M. Skeriotis*
EMERSON, THOMSON & BENNETT, LLC
John M. Skeriotis (Ohio Bar #0069263)
jms@etblaw.com
Sergey Vernyuk (Ohio Bar # 0089101)
sv@etblaw.com
1914 Akron-Peninsula Rd.
Akron, Ohio 44313
(330) 434-9999 – Telephone
(330) 434-8888 – Facsimile

*Attorneys for Plaintiff*

*s/Laura L. Myers*
FREDRIKSON & BYRON, P.A.
Laura L. Myers (admitted *pro hac vice*)
LMyers@fredlaw.com
60 South 6th Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000 – Telephone

PORTER WRIGHT MORRIS &
ARTHUR LLP
Tracey L. Turnbull (No. 0066958)
tturnbull@porterwright.com
950 Main Avenue, Suite 500
Cleveland, OH 44113
(216) 443-9000 – Telephone

*Attorneys for Defendants*