IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TEMEG HOLDINGS, INC., | ) | |
| | ) | CASE NO. 5:26-cv-00018 |
| *Plaintiff,* | ) | |
| | ) | CHIEF JUDGE SARA LIOI |
| v. | ) | |
| | ) | MAGISTRATE JUDGE CARMEN E. |
| GEM SPECIALTY HEALTH, INC., | ) | HENDERSON |
| | ) | |
| *Defendant.* | ) | |

**THIRD JOINT STATUS REPORT**

Pursuant to the Case Management Plan ("CMP," Doc. No. 14), the parties submit this Third Joint Status Report.

**I.     DISCOVERY**

The parties have exchanged written discovery requests including interrogatories, document requests and requests for admission.  The parties are in the process of producing documents and intend to complete that process in the coming weeks.

**II.     SETTLEMENT DISCUSSIONS**

No settlement discussions have occurred since the CMP was issued.  While the parties have broached the subject of mediation, no mediator and no date have been selected.

**III.     MOTIONS**

No motions were filed, or remain pending, since the CMP was issued.

**IV.     ANTICIPATED DEVIATIONS FROM CASE SCHEDULE**

Both parties have a number of firm and potential conflicts in August and September that may make it difficult to complete fact depositions by the current October 2, 2026 fact discovery

deadline.  The parties will work diligently to try to meet that deadline but may require additional time to complete fact depositions.  The parties will update the Court on the status of fact depositions in their next joint status report.

Lead counsel for Defendant must now attend a previously scheduled multi-party mediation in Los Angeles on October 7, 2026, on behalf of a later-added potential indemnitor.  Therefore, Defendant respectfully requests that the Court re-schedule the Status Conference currently scheduled for October 7, 2026.  Lead counsel for Defendant also has a long-planned vacation to Hawaii October 9-16, 2026.  Accordingly, Defendant respectfully requests that the Status Conference be re-scheduled to the weeks of October 19 or October 26.  Plaintiff does not oppose this request.

The parties will submit their next status report on or before September 10, 2026.

Dated: July 27, 2026

| | |
|---|---|
| s/ John M. Skeriotis | s/Laura L. Myers |
| EMERSON, THOMSON & BENNETT, LLC | FREDRIKSON & BYRON, P.A. |
| John M. Skeriotis (Ohio Bar #0069263) | Laura L. Myers (admitted *pro hac vice*) |
| jms@etblaw.com | LMyers@fredlaw.com |
| Sergey Vernyuk (Ohio Bar # 0089101) | 60 South 6th Street, Suite 1500 |
| sv@etblaw.com | Minneapolis, MN 55402-4400 |
| 1914 Akron-Peninsula Rd. | (612) 492-7000 – Telephone |
| Akron, Ohio 44313 | |
| (330) 434-9999 – Telephone | PORTER WRIGHT MORRIS & |
| (330) 434-8888 – Facsimile | ARTHUR LLP |
| | Tracey L. Turnbull (No. 0066958) |
| *Attorneys for Plaintiff* | tturnbull@porterwright.com |
| | 950 Main Avenue, Suite 500 |
| | Cleveland, OH 44113 |
| | (216) 443-9000 – Telephone |
| | |
| | *Attorneys for Defendants* |

2