IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

TEMEG HOLDINGS, INC.,

Plaintiff/Counter-Defendant,

v.

GEM SPECIALTY HEALTH, INC.,

Defendant/Counter-Plaintiff.

CASE NO. 5:26-CV-00018

JUDGE SARA LIOI

**JOINT MOTION TO EXTEND CASE DEADLINES AND RESCHEDULE STATUS CONFERENCE**

Plaintiff TEMEG Holdings, Inc. and Defendant Gem Specialty Health, Inc. (collectively the "Parties") respectfully request that this Court extend the case schedule and reschedule the status conference currently set for October 7, 2026. Good cause supports this request.

The Parties have been diligently working in good faith to complete fact discovery. To date, the Parties have exchanged responses to written discovery requests and produced documents. Despite these efforts, the Parties have not yet completed written fact discovery or taken any depositions. Defendant has substantially completed its document production and Plaintiff has indicated that it will produce additional documents next week. After completion of written discovery and document productions, the Parties are prepared to proceed to depositions. The Parties have agreed to submit this action to private mediation and are in the process of scheduling a date. The Parties request that all case deadlines be continued approximately 4-5 weeks as follows:

| | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Completion of Non-Expert Discovery | October 2, 2026 | November 11, 2026 |
| Deadline for Burden of Proof Experts | October 16, 2026 | November 25, 2026 |
| Deadline for Rebuttal Experts | November 25, 2026 | January 6, 2027 |

| | | |
|---|---|---|
| Deadline for Expert Discovery | December 11, 2026 | January 20, 2027 |
| Deadline for Filing Dispositive Motions | January 15, 2027 | February 19, 2027 |
| Deadline for Oppositions to Dispositive Motions | February 16, 2027 | March 19, 2027 |
| Deadline for Replies to Responses | March 2, 2027 | April 5, 2027 |
| Final Pre-Trial Conference | May 12, 2027 | June, 2027 |
| Trial Date | June 14, 2027 (Two-Week Standby) | July, 2027 |

In addition to extending the case deadlines, the Parties also request that the October 7, 2026 Status Conference be continued due to a conflict with Defendant's counsel. This potential issue was previously raised in the Parties' Third Joint Status Report (ECF. No. 21). The Parties are available after the week of October 19 at a date convenient for the Court to conduct this Status Conference.

For the foregoing reasons, Plaintiff TEMEG Holdings, Inc. and Defendant Gem Specialty Health, Inc. request that the current case deadlines be extended and the status conference currently set for October 7, 2026 be rescheduled.

Respectfully submitted,

*/s/ John M. Skeriotis (via consent 9/4/26)*
John M. Skeriotis (0069263)
Sergey Vernyuk (0089101)
Emerson, Thomson & Bennett, LLC
1914 Akron-Peninsula Road
Akron, Ohio 44313
Phone: (330) 434-9999
Fax: (330) 434-8888
jms@etblaw.com
sv@etblaw.com

*Attorneys for Plaintiff*

*/s/ Tracey L. Turnbull*
Tracey L. Turnbull (No. 0066958)
Jacob W. Doerr (No. 0102493)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, OH 44113
Phone: (216) 443-9000
Fax: (216) 443-9011
tturnbull@porterwright.com
jdoerr@porterwright.com

Laura L. Myers (admitted *pro hac vice*)
Luke P. de Leon (admitted *pro hac vice*)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN 55402-4400
Phone: (612) 492-7000
Fax: (612) 492-7077
LMyers@fredlaw.com
LdeLeon@fredlaw.com

*Attorneys for Defendant/Counter-Plaintiff*
*Gem Specialty Health, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2026 a copy of foregoing Joint Motion to Extend Case Deadlines and Reschedule Status Conference was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Tracey L. Turnbull*
One of the Attorneys for Defendant/
Counter-Plaintiff Gem Specialty Health, Inc.