IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TEMEG HOLDINGS, INC., | ) | CASE NO. 5:26-cv-00018 |
| | ) | |
| *Plaintiff*, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| v. | ) | MAGISTRATE JUDGE CARMEN E. |
| | ) | HENDERSON |
| GEM SPECIALTY HEALTH, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |

**FOURTH JOINT STATUS REPORT**

Pursuant to the Case Management Plan ("CMP," Doc. No. 14), the parties submit this Fourth Joint Status Report.

## I. DISCOVERY

The parties have exchanged written discovery requests including interrogatories, document requests and requests for admission. Defendant substantially completed its document production subject to any necessary supplementations. Plaintiff indicated it will be producing additional documents and amending its interrogatory answers to identify relied upon documents. The parties will proceed to depositions after the completion of written and document discovery.

## II. SETTLEMENT DISCUSSIONS

No settlement discussions have occurred since the CMP was issued. The parties agreed upon a mediator, unfortunately, he is not taking new mediations. Defendant proposed using the agreed upon mediator's recommendation and is waiting to hear from Plaintiff. The parties may also engage in business-to-business discussions.

## III. MOTIONS

On September 4, 2026, the parties filed a Joint Motion to Extend Case Deadlines and Reschedule Status Conference (Doc. No. 22). The parties previewed the need to reschedule the status conference and push the fact discovery deadline (resulting in required changes to the subsequent deadlines) in their last Joint Status Report filed on July 27, 2026 (Doc. No. 21). The parties respectfully request that the schedule be amended as set forth in their joint motion.

## IV. ANTICIPATED DEVIATIONS FROM CASE SCHEDULE

The parties require additional time for fact discovery and have sought a new schedule that allows them to complete written and document discovery as well as fact depositions (*see* Doc. No. 22). Defendant also requests, and Plaintiff does not oppose, that the status conference currently scheduled for October 7, 2026 be moved until October 19, 2026 or later due to a conflict of Defendant's lead counsel.

The parties will submit their next status report on or before October 26, 2026.

*/s/ John M. Skeriotis (via email consent 9/10/26)*
EMERSON, THOMSON & BENNETT, LLC
John M. Skeriotis (Ohio Bar #0069263)
jms@etblaw.com
Sergey Vernyuk (Ohio Bar # 0089101)
sv@etblaw.com
1914 Akron-Peninsula Rd.
Akron, Ohio 44313
(330) 434-9999 – Telephone
(330) 434-8888 – Facsimile

*Attorneys for Plaintiff*

*/s/ Tracey L. Turnbull*
FREDRIKSON & BYRON, P.A.
Laura L. Myers (admitted *pro hac vice*)
LMyers@fredlaw.com
60 South 6th Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000 – Telephone
(612) 492-7077 – Facsimile

PORTER WRIGHT MORRIS & ARTHUR LLP
Tracey L. Turnbull (No. 0066958)
tturnbull@porterwright.com
950 Main Avenue, Suite 500
Cleveland, OH 44113
(216) 443-9000 – Telephone
(216) 443-9011 – Facsimile

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026 a copy of the foregoing Status Report was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties have been served by regular U.S. mail. Parties may access this filing through the Court's system.

*/s/ Tracey L. Turnbull*
One of the attorneys for Defendants