# APPENDIX A

A Stipulation & Order following the format shown below must be jointly prepared and electronically filed by counsel at least **seven (7) calendar days** prior to the date of the final pre-trial conference. Specific reference is made here to the terms of the Trial Order that shall be read and applied in conjunction with the format below.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 0:00-CV-0000 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Chief Judge Sara Lioi |
| | ) | |
| JANE DOE, | ) | |
| | ) | STIPULATION & ORDER |
| Defendant. | ) | |

## FINAL PRE-TRIAL ORDER

This action came before the Court at a final pre-trial conference held on the _____day of _______, 20__, pursuant to Rule 16 of the Federal Rules of Civil Procedure.

## I. APPEARANCES:

For Plaintiff(s):

For Defendant(s):

## II. NATURE OF ACTION AND JURISDICTION:

A. This is an action for_______________________________.

B. The jurisdiction of the Court is invoked under Title ___, United States Code, Section __________________________.

C. The jurisdiction of the Court is (disputed / undisputed).

## III. TRIAL INFORMATION:

A. The estimated length of trial is ____ days.

B. Trial to (the Court/Jury) is set for (MM/DD/YYYY).

## IV. AGREED STATEMENTS AND LISTS

A. General Nature of the Claims of the Parties

(1) Plaintiff Claims: (*e.g.*, "Plaintiff asserts in Count 1 a right of recovery for defendant's negligence as follows:")

(2) Defendant Claims: (*e.g.*, "Defendant denies liability as asserted in counts for _the following reasons."- or - "Defendant as an affirmative defense asserts that plaintiff was contributorily negligent as follows:. . .").

B. Uncontroverted Facts

Suggested Language:

"The following facts are established by admissions in the pleadings or by stipulations of counsel . . ." (set forth and number uncontroverted or uncontested facts).

C. Issues of Fact and Law

Suggested Language:

(1) "Contested Issues of Fact: The contested issues of fact remaining for decision are . . ." (list them).

(2) "Contested Issues of Law: The contested issues of law in addition to those implicit in the foregoing issues of fact are:. . ." (set forth). OR "There are no special issues of law reserved other than those implicit in the foregoing issues of fact."

D. Witnesses

Suggested Language:

"Plaintiff/defendant will call or will have available for testimony at trial those witnesses whose names are set forth on the attached witness list" (*See* Appendix C).

E. Expert Witnesses

Suggested Language:

"Parties are limited to the following number of expert witnesses, including treating physicians, whose names have been disclosed to opposing counsel: . . . ."

F. Trial to the Court

Parties must file a statement of the issues, proposed findings of fact, and proposed conclusions of law in accordance with the time limits set forth in the trial order. Parties must also file any trial briefs in accordance with the time limits set forth in the trial order.

G. Trial to a Jury

Proposed voir dire questions and proposed jury instructions must be submitted to the Court in accordance with the time limits set forth in the trial order.

H. Use of Depositions

Suggested Language:

"Testimony of the following witnesses will be offered by deposition/video tapes: . . ." OR "No testimony will be offered by deposition/video tape."

I. Exhibits

Suggested Language:

"The parties will offer as exhibits those items listed on the attached list. (*See* Appendix B)"

J. Pending Motions

Suggested Language:

"The following motions are pending at this time: . . ." OR "There are no pending motions at this time."

K. Settlement Efforts

Set forth status of settlement discussions between the parties.

**IT IS SO ORDERED.**

________________________________
JUDGE SARA LIOI
UNITED STATES DISTRICT JUDGE

Counsel for: ____________________

Counsel for: ____________________