# APPENDIX C

A Witness List following the format shown below must be prepared and submitted by counsel, along with the final pre-trial order, **seven (7) calendar days** prior to the final pre-trial conference. Specific reference is made here to the terms of the Trial Order that shall be read and applied in conjunction with the format below.

______________________________ CASE NO. ____________

PLAINTIFF(S),

vs. CHIEF JUDGE SARA LIOI

______________________________

DEFENDANT(S).

| **PLAINTIFF/DEFENDANT WITNESSES** | |
|---|---|
| **NAME** | **SYNOPSIS OF TESTIMONY** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |