Fredrikson

**Fredrikson & Byron, P.A.**
Attorneys and Advisors

60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Main: 612.492.7000
fredlaw.com

October 6, 2026

**VIA CM/ECF**

The Honorable Sara Lioi
Chief U.S. District Judge
U.S. District Court, Northern District of Ohio
John F. Seiberling Federal Building and U.S. Courthouse
Two South Main Street, Room 526
Akron, OH 44308-1811

Re: *TEMEG Holdings, Inc. v. GEM Specialty Health, Inc.*
N.D. Ohio Case No. 5:26-CV-0018-SL

Dear Chief Judge Lioi:

Pursuant to Your Honor's Minute Order entered October 30, 2026, Defendant Gem Specialty Health, Inc. ("GSH") submits this letter regarding the parties' dispute on the current expert deadlines in the Second Case Management Plan and Trial Order ("CMP").

In the CMP, the November 25 expert deadline is for "Party(ies) with the Burden of Proof." As explained in the latest Joint Status Report, it is undisputed that GSH does not have the burden of proof on any issues. Accordingly, GSH did not anticipate needing to serve an expert report on the November 25 deadline.

On October 25, in connection with the drafting of the latest Joint Status Report, Plaintiff TEMEG informed GSH for the first time that it does not intend to use an expert. During subsequent discussions, TEMEG shared its belief that if GSH serves an expert report, it must do so by the current November 25 deadline for burden of proof experts.

As discussed during the telephone conference with the Court on October 30, GSH is waiting for outstanding written and document discovery from TEMEG. Under the Court's Minute Order, that discovery is now due November 10. Likewise, GSH is not deposing TEMEG or its individual fact witnesses until the weeks of November 16 and December 7. And, as of the submission of this letter, TEMEG still has not provided the dates on which its seven fact witnesses are available for deposition, despite follow-up from GSH.

Notably, TEMEG stated in the last Joint Status Report that the information GSH seeks in discovery is "better suited for deposition." Thus, GSH will not have the information it has been seeking for months to determine the scope and extent of TEMEG's supporting evidence until depositions are complete. That may not be until after the week of December 7—16 days after the current November 25 deadline for burden of proof experts.

Fredrikson

GSH cannot accurately assess for what issues it needs an expert, if any, until the outstanding TEMEG discovery is complete. Therefore, if TEMEG is foregoing burden of proof experts, and that pushes GSH's deadline into the initial deadline for expert reports, GSH respectfully requests that deadline be the current January 6, 2026 deadline for rebuttal reports. That is the deadline GSH had been working under as the party without the burden of proof, and it allows time to finalize expert reports after the completion of fact discovery. The following schedule would allow the parties to maintain the current schedule for dispositive motions and trial.

**Affirmative Expert Reports Due:** January 6, 2027

**Rebuttal Expert Reports Due:** February 3, 2027

**Close of Expert Discovery:** February 12, 2027

**Dispositive Motion Deadline:** February 19, 2027 (unchanged from CMP).

This proposed schedule relies on TEMEG making any rebuttal expert available for deposition the week of February 8.

GSH has some concern that TEMEG chose not to serve burden of proof expert reports so it can review any GSH defensive reports before submitting affirmative expert opinions. Accordingly, GSH requests clarity from the Court that any responsive expert reports served by TEMEG must be limited to opinions "intended solely to contradict or rebut evidence on the same subject matter identified by another party" under Rule 26(a)(2). The TEMEG rebuttal experts cannot offer any affirmative opinions under the guise of rebuttal as the plaintiff attempted to do in the case cited by TEMEG's counsel in Friday's telephone conference (*Prida v. Option Care Enterprises, Inc.*, No. 5:23-cv-905, 2026 WL 1382394 (N.D. Ohio May 18, 2026)).

Finally, under the CMP, there is a telephonic status conference on Wednesday, November 18, at 11:00 a.m. If TEMEG supplements its discovery by November 10 and makes its witnesses available for deposition the weeks of November 16 and December 7, as ordered, that conference may be unnecessary. Therefore, we ask that the parties have until Friday, November 13 to notify the Court whether there are remaining issues to address during the scheduled status conference or if the conference can be cancelled or postponed until after the close of fact discovery.

We appreciate Your Honor's attention to this matter.

Respectfully,

Laura L. Myers
**Direct Dial**: 612.492.7295
**Email**: lmyers@fredlaw.com

cc: All Counsel of Record (via CM/ECF)